Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22028−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   D. Abbi Shabazz
   aka Darrell Ray Toler, aka A. Abbi
   Toler−Shabazz
   106−108 Eastern Parkway
   Newark, NJ 07103

Social Security No.:
   xxx−xx−6108

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/28/19 at 10:00 AM

to consider and act upon the following:

*22* − Motion to Vacate Dismissal of Case Filed by D. Abbi Shabazz. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Exhibit Chapter 13 Plan) (Veloz−Jimenez, Lucy) NO PROPOSED ORDER FILED. Modified on 7/30/2019 (Veloz−Jimenez, Lucy).

Dated: 7/30/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court