Order Filed on August 28, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

D. Abbi Shabazz

| | |
|---|---|
| Case No.: | 19-22028 |
| Chapter: | 13 |
| Hearing Date: | 8/28/2019 at 10:00 A.M. |
| Judge: | Stacey L. Meisel |

**ORDER DENYING MOTION TO VACATE DISMISSAL OF CASE WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: August 28, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | *D. Abbi Shabazz* |
| Case No.: | 19-22028 |
| Caption of Order: | Order Denying Motion to Vacate Dismissal of Case Without Prejudice |

**THIS MATTER** having been brought before the Court on a *Motion to Vacate Dismissal of Case* (Docket No.22) ("Motion to Vacate Dismissal of Case") by the Pro Se Debtor, *D. Abbi Shabazz,* this Court finds:

**WHEREAS** the Motion to Vacate Dismissal of Case is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☐ **Failure to comply with notice requirements under D. Abbi Shabazz.**

☐ **Failure to comply with the procedures concerning a** *Notice of* Choose an item..

☒ **Other: Failure to appear at the August 28, 2019 hearing to prosecute the Motion.**
It is hereby

**ORDERED** that the Motion to Vacate Dismissal of Case is DENIED, without prejudice.