Order Filed on August 28, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

D. Abbi Shabazz

Case No.:    19-22028

Chapter:    13

Hearing Date:    8/28/2019 at 10:00 A.M.

Judge:    Stacey L. Meisel

**ORDER DENYING MOTION TO VACATE DISMISSAL OF CASE WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: August 28, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:         *D. Abbi Shabazz*
Case No.:       19-22028
Caption of Order:   Order Denying Motion to Vacate Dismissal of Case Without Prejudice

**THIS MATTER** having been brought before the Court on a *Motion to Vacate Dismissal of Case* (Docket No.22) ("Motion to Vacate Dismissal of Case") by the Pro Se Debtor, *D. Abbi Shabazz,* this Court finds:

**WHEREAS** the Motion to Vacate Dismissal of Case is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☐ **Failure to comply with notice requirements under D. Abbi Shabazz.**

☐ **Failure to comply with the procedures concerning a *Notice of* Choose an item..**

☒    **Other: Failure to appear at the August 28, 2019 hearing to prosecute the Motion.**
It is hereby

**ORDERED** that the Motion to Vacate Dismissal of Case is DENIED, without prejudice.

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 19-22028-SLM
D. Abbi Shabazz                                              Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Aug 29, 2019
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db          +D. Abbi Shabazz,    106-108 Eastern Parkway,    Newark, NJ 07106-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2014-2. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4